UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

   -v-

GARY GRANT,

       Defendant.

26-cr-221 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Mr. Grant has requested that the Court modify the conditions of his bail to permit him to join his family for an annual July 4 gathering at his mother's home at 3454 Boller Avenue in the Bronx. The Government and Pretrial Services oppose the request.

Having considered the positions of defendant, the Government, and Pretrial Services, the Court hereby grants Mr. Grant permission to travel to his mother's house at 3454 Boller Avenue in the Bronx, from 5:00 pm to 12:00 am on July 4, 2026. He is to remain at his mother's residence during this time.

Although the Court has granted a similar request in the past, the parties should not assume that the Court will grant similar requests in the future. Any future requests will be considered on a case-by-case basis.

   SO ORDERED.

New York, NY
June 30 , 2026

JED S. RAKOFF, U.S.D.J.